**Ruth BECK, Bob Beck and Greg Beck, a partnership, d/b/a Beck's Custom Conversions, Respondents,**

v.

**Billie T. SHULL, Appellant.**

**No. WD 40102.**

Missouri Court of Appeals, Western District.

Aug. 9, 1988.

Danieal H. Miller, Cleaveland & Miller, Columbia, for appellant.

Mark Wooldridge, Boonville, for respondents.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from an order denying appellant's motion to set aside a default judgment.

Judgment affirmed. Rule 84.16(b).